# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JACOB HARMON,** *et al* | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | NO. 17-4549 |
| **STATE FARM INSURANCE COMPANY** | : | |

## ORDER

**AND NOW**, this 22nd day of February 2018, upon considering Defendant's unopposed Motion for partial summary judgment (ECF Doc. No. 8) and for reasons in the accompanying Memorandum, it is **ORDERED** the Defendant's unopposed Motion (ECF Doc. No. 8) is **GRANTED** as there are no genuine issues of material fact precluding judgment as a matter of law dismissing Plaintiffs' statutory claims, including for attorney's fees and punitive damages.

_____
KEARNEY, J.